

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2019

No. 04-18-00436-CR

Rodrigo **GARZA-DE-LA-CRUZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2017CRE000344-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

The reporter's record was originally due on November 28, 2018. On November 30, 2018, the clerk of this court notified David J. Laurel that he is the court reporter responsible for timely filing the reporter's record in this appeal and that the reporter's record is late. The clerk explained that if the reporter's record has not been filed because (1) the appellant has failed to pay or make arrangements to pay the reporter's fee and (2) the appellant is not entitled to appeal without paying the fee, the court reporter must file a notification of late record stating such fact within ten days. Otherwise, the court reporter must file the reporter's record within thirty days, on December 31, 2018. The reporter's record was not filed, nor did the court reporter file a notification of late record.

On January 16, 2019, we ordered the court reporter to file the reporter's record on or before February 15, 2019. We warned that if the reporter's record was not filed by that date, we may issue an order directing the court reporter to appear and show cause why he should not be held in contempt for failing to file the record.

Despite our order, David Laurel, the court reporter responsible for filing the reporter's record, has wholly failed to file the reporter's record.

Although we understand that there are competing demands on the court reporter's time, these demands cannot justify such a lengthy delay and potential prejudice to appellant's rights. If David Laurel is unable to perform all of his duties and complete a record in a timely manner,

he must take whatever steps are necessary, including requesting a substitute reporter or hiring competent assistance, to file the record by the date ordered.

**We ORDER David Laurel to file the reporter's record in Appeal No. 04-18-00436-CR within twenty days of receiving a copy of this order. NO EXTENSIONS WILL BE GRANTED. If David Laurel fails to file the reporter's record in Appeal No. 04-18-00436-CR as ordered, David Laurel will be ordered to appear and show cause why he should not be held in civil or criminal contempt or otherwise sanctioned.** *See* TEX. R. APP. P. **38.8(b)(4).**

We further ORDER the clerk of this court to send a copy of this order to the Honorable Oscar J. Hale, Jr., by first class United States mail. *See* TEX. R. APP. P. 35.3(c) ("The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.").

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court